IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GRANT,

    Petitioner,

vs.

STEVEN W. ORNOSKI, Acting Warden of California State Prison at San Quentin, et al.,

    Respondents.

No. CIV S-98-0711 DFL JFM

DEATH PENALTY CASE

ORDER

        Petitioner, a state prisoner under sentence of death, filed a pro se petition for writ of habeas corpus.[1]  Mr. Grant does not make any credible allegations that his continued confinement violates the federal constitution, a prerequisite for federal habeas corpus relief.  See Estelle v. McGuire, 502 U.S. 62, 67-68 (1991).  Nor does he allege he has exhausted state remedies by presenting any claim of constitutional error to the state's highest court, another prerequisite for federal habeas corpus relief.  Picard v. Connor, 404 U.S. 270, 276 (1971).

---

[1] Petitioner, represented by counsel, also filed a petition for writ of habeas corpus which was granted as to the imposition of the death penalty.  Grant v. Ornoski, CIV S-90-0779 DFL JFM (E.D. Cal. filed January 12, 2006).

1

Accordingly, it is appropriate to dismiss this action without issuing an order to show cause. 28 U.S.C. § 2243; Harris v. Nelson, 394 U.S. 286, 298-99 (1969).

For the foregoing reasons, IT IS HEREBY ORDERED as follows:

1. Petitioner's April 21, 1998 petition for writ of habeas corpus in the above-entitled action is dismissed.
2. Petitioner's request to proceed in forma pauperis in this action is granted.
3. Petitioner's requests for appointment of counsel, substitution of counsel in habeas action CIV-S-90-779, investigations, discovery, expert assistance, a protective order, and a hearing are denied.

DATED: 1/20/2006

_____
DAVID F. LEVI
United States District Judge

2