IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD GRANT,

        Petitioner,               No. CIV S-98-0711 DFL JFM

   vs.                           DEATH PENALTY CASE

WARDEN, San Quentin
State Prison, et al.,

        Respondents.       ORDER

_____/

      This petition for writ of habeas corpus was dismissed on January 23, 2006.

Documents filed since the closing date will be disregarded and no orders will issue in response to

future filings.

DATED:  November 30, 2009.

UNITED STATES MAGISTRATE JUDGE

/007;Grant 711 jfm.or

1